PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Apr 21, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NO.: |
| 3059 8TH AVENUE #A, SACRAMENTO, CA | 2:22-SW-00317-DB |
| 7642 REDHILL WAY, BROWNS VALLEY, CA 95918 | 2:22-SW-00318-DB |
| 1200 B ST. #3, YUBA CITY, CA 95991 | 2:22-SW-00319-DB |
| FARMERS INSURANCE, 990 KLAMATH LN #D-19, YUBA CITY, CA 95993 | 2:22-SW-00320-DB |
| 1628 BUENA VISTA DR., YUBA CITY, CA 95993 | 2:22-SW-00321-DB |
| 916 BLUE ST. #8, MARYSVILLE, CA 95901 | 2:22-SW-00322-DB |
| AA SELF STORAGE, 1788 LASSEN BLVD., #G92 AND #1-2, YUBA CITY, CA 95993 | 2:22-SW-00323-DB |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: April 21, 2023

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE